UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON DIVISION

In Re:  
Robin Lynn Lawson

    Debtor(s)

Case No.: 18-20095

Chapter 13

Judge: Tracey N. Wise

### AGREED ORDER ON MOTION FOR RELIEF FROM STAY

This matter having come on before the Court upon the Motion for Relief From Stay filed herein by the secured creditor, Toyota Lease Trust, (the "Movant"); and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Toyota Motor Credit Corporation ; and the Court, being fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1. The Chapter 13 Plan filed herein on behalf of the Debtor provided that said Debtor was to make the regular monthly payments to Movant.

2. In breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly payments to Movant and, as of June 11, 2018, payments are in default and a total of $592.74 is due on post-petition payments in addition to attorney fees and costs of $456.00 associated with the filing of the filing of the Motion for Relief for a total amount of arrearage of $1,048.74.

3. In order to eliminate said post-petition delinquency, Debtor hereby agrees to pay Movant, and Movant, hereby agrees to accept, in the form of certified funds, the

following lump sum payments:

    a) $174.79 on or before July 20, 2018

    b) $174.79 on or before August 20, 2018

    c) $174.79 on or before September 20, 2018

    d) $174.79 on or before October 20, 2018

    e) $174.79 on or before November 20, 2018

    f) $174.79 on or before December 20, 2018.

4. Said lump sum payments are in addition to the regular monthly payments of $348.59 due and owing beginning with the July 7, 2018 payment.

5. In the event that the said Debtor(s) should fail to make any of the lump sum payments herein above described on or before their specified due dates, or should the debtors fail to pay any future monthly payment so that said payment is not received by Movant on the last day of the month in which it is due, then, or in any one of those events, Movant shall give ten (10) days' Notice to Debtor's Attorney and to debtor; and thereafter, may file with the Court a Certificate of Non Compliance certifying that the Debtor is in default under the terms of the Agreed Order and upon submission of such Certificate of Non Compliance, without hearing, further notice or separate order Movant is granted relief from the stay.

SUBMITTED BY:

/s/ Patricia L. Johnson
Patricia L. Johnson (88943)
Crystal L. Saresky (89629)
Gerner & Kearns Co., L.P.A.
7900 Tanners Gate Lane
Florence, KY 41042
Phone: (513) 241-7722
Fax: (859) 292-5300
bankruptcies@gernerlaw.com


/s/ William Taylor Lunceford
William Taylor Lunceford
Attorney for Debtor(s)
488 Erlanger Road
Erlanger, KY 41018
wtl@wronadamslaw.com

*Cheryl Jamer for BMB*
Burden, Beverly M., Chapter 13 Trustee
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com


**DISTRIBUTION LIST:**

Beverly M. Burden, Trustee
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com

US Trustee
100 E. Vine St., #500
Lexington, KY 40507
na@na.com

William Taylor Lunceford
Attorney for Debtor
488 Erlanger Road
Erlanger, KY 41018
wtl@wronadamslaw.com

Case 18-20095-tnw   Doc 28   Filed 06/20/18   Entered 06/20/18 09:46:42   Desc Main
Document      Page 4 of 4

Robin Lynn Lawson
8600 Redmile Trail Apt. C
Florence, KY 41042

Patricia L. Johnson
Crystal L. Saresky
Attorneys for Creditor/Movant
Gerner & Kearns Co., L.P.A.
7900 Tanners Gate Lane
Florence, KY 41042

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, June 20, 2018**
**(tnw)**